# Court of Appeals
# of the State of Georgia

ATLANTA,   December 23, 2015

*The Court of Appeals hereby passes the following order:*

## A16A0664.   GEORGIACARRY.ORG,   INC.   v.   CODE   REVISION COMMISSION et al.

GeorgiaCarry.Org, Inc., filed suit against the Code Revision Committee seeking mandamus, declaratory and injunctive relief.[1] The trial court dismissed the complaint based, in part, on its conclusion that mandamus relief is inappropriate. GeorgiaCarry.Org filed a direct appeal from this ruling.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.

---

[1] GeorgiaCarry.Org also filed suit against Governor Nathan Deal. The trial court dismissed the complaint as to Governor Deal, and the appellant does not challenge this ruling on appeal.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*   12/23/2015  
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*